IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEWIS E. WASHINGTON III,           )
                                   )
        Plaintiff,                 )
                                   )
    v.                             )        CASE NO. 2:14-cv-38-MHT-WC
                                   )              (WO)
MYNESHA J. LEONARD,                )
                                   )
        Defendant.                 )

# ORDER

The magistrate judge entered a recommendation in this case to which no timely objections have been filed.  After a review of the recommendation and after an independent and de novo review of the entire record, the court finds that the recommendation should be adopted.  Accordingly, it is ORDERED that (1) the recommendation of the magistrate judge (Doc. # 10) is adopted; (2) this case is dismissed for lack of jurisdiction; and (3) plaintiff's motions for leave to proceed *in forma pauperis* (Doc. ## 2 & 4) are denied as moot.

A separate judgment shall issue.

Done this 18th day of March, 2014.

    /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE