IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEWIS E. WASHINGTON III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-38-MHT-WC |
| | ) | (WO) |
| MYNESHA J. LEONARD, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of defendant and against plaintiff.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed

DONE, this 18th day of March, 2014.

    /s/  Myron H. Thompson
UNITED STATES DISTRICT JUDGE